# EXHIBIT A

## INDEX OF STATE COURT DOCUMENTS

## JONATHAN B. WILE V. JAMES RIVER INSURANCE COMPANY

### Erie County Index No. 816795/2017

**Document #1: Plaintiff's Summons and Complaint filed 11/20/17; attached as Exhibit B**