## DECLARATION OF SERVICE BY MAIL

STATE OF NEW YORK   )

                                        ss.:          Civil Action No.: 1:17-cv-01275-WMS-HKS

COUNTY OF NEW YORK)

LISA M. LANG hereby declares, pursuant to Rule 26 of the Federal Rules of Civil Procedure of this Court, that I am not a party to the action; I am over 18 years of age and reside in East Northport, New York.

On October 12, 2018, I served the within **EXPERT WITNESS DISCLOSURE** by depositing a true copy of the same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to each of the following persons at the last known address set forth after each name;

**AND** by using the WDNY electronic filing system, which sent notification of such filing to the following:

TO:     John T. Loss, Esq.
          CONNORS, LLP
          *Attorneys for Plaintiff:*
          *JONATHAN WILE*
          1000 Liberty Building
          Buffalo, NY 14202
          Tel: 716-852-5533

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 12, 2018
          Huntington, New York

                                                                    LISA M. LANG

Civil Action No.: 1:17-cv-01275-WMS-HKS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JONATHAN B. WILE,

                              Plaintiff,

    - against -

JAMES RIVER INSURANCE COMPANY,

                              Defendant.

## EXPERT WITNESS DISCLOSURE

Signature (Rule 130-1.1-a)

*Curtis Sobel*

CURTIS SOBEL (CS-0964)

**SOBEL PEVZNER, LLC**
*Attorneys for Defendant:*
*JAMES RIVER INSURANCE COMPANY*
464 New York Avenue, Suite 100
Huntington, New York 11743
Office    (631) 549-4677
Facsimile (631) 549-0826
File No.: JR-14348